UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MICHAEL D. STAPP,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV-20-036-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is REVERSED and REMANDED for further proceedings.

      Dated this 31st day of March 2021.

                                      TYLER P. GILMAN, CLERK

                                      By: /s/ Heidi Gauthier
                                      Heidi Gauthier, Deputy Clerk